UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05 CR 10008 DPW |
| | ) | |
| v. | ) | Case No. |
| | ) | Violation: |
| BILAAL McCLOUD | ) | 18 U.S.C. § 922(g)(1) -- |
| | ) | Felon in Possession of |
| | ) | a Firearm |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) -- |
| | ) | Felon in Possession of |
| | ) | Ammunition |

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 922(g)(1) -- (Felon In Possession of a Firearm)

The Grand Jury charges that:

In or about September, 2004, at Attleboro, in the District of Massachusetts,

**BILAAL McCLOUD,**

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Ruger, 9mm semi-automatic pistol, model P95, bearing serial number 314-48565.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO:    18 U.S.C. § 922(g)(1) -- (Felon In Possession of Ammunition)

The Grand Jury further charges that:

In or about September, 2004 to in or about October, 2004, at Attleboro, in the District of Massachusetts,

### BILAAL McCLOUD,

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: 100 rounds of 9mm Winchester brand ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## A TRUE BILL

                                                          FOREPERSON OF THE GRAND JURY

KIMBERLY P. WEST
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 12, 2005.

Returned into the District Court by the Grand Jurors and filed.

                                                          DEPUTY CLERK

12:58P

♦JS 45 (5/97) - (Revised USAO MA 3/25/02) 05 CR 10000 SDPW

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. II   Investigating Agency  FBI

City  Attleboro   **Related Case Information:**

County  Bristol   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Bilaal McCloud   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  50 Maynard Street, Apt 141, Attleboro, MA

Birth date: 1955   SS#: ---- -- 6043   Sex: M   Race: Black   Nationality: U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Kim West   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/12/05   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

## District Court Case Number  (To be filled in by deputy

**Name of Defendant**     Bilaal McCloud

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | felon in possession of a firearm | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | felon in possession of ammunition | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    Bilaal McCloud

JS45.mccloud.wpd - 3/13/02