UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **05 CR 10008 DPW** |
| | ) Criminal No. _____ |
| v. | ) |
| | ) |
| BILAAL McCLOUD | ) |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves the Court to seal the indictment, arrest warrants, this motion and any other paperwork related to this matter until further order of the Court. As grounds for this motion, the government states that public disclosure of the indictment and these materials might jeopardize efforts to arrest the defendant safely. The government submits that sealing the indictment will serve the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KIMBERLY P. WEST
Assistant U.S. Attorney
(617)748-3176

DATED: January 12, 2005

1-12-05
allowed
[signature]