UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

_U S_
v.
_Bilaal McCloud_

CA/CR No. _05-10008-DPW_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Dein_ for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

  ( ) Motion(s) for injunctive relief
  ( ) Motion(s) for judgment on the pleadings
  ( ) Motion(s) for summary judgment
  ( ) Motion(s) to permit maintenance of a class action
  ( ) Motion(s) to suppress evidence
  ( ) Motion(s) to dismiss
  ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)   Case referred for events only. See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  ( ) In accordance with Rule 53, F.R.Civ.P.
  ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _pretrial proceedings_

_1-12-05_
Date

By: _____
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

See reverse side of order for instructions