AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

___MAS.___ DISTRICT OF ___Massachusetts___

**APPEARANCE**

Case Number: 05-10008-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ___Bilaal McCloud___

___January 7, 2005___
Date

___[Signature]___
Signature

___James E. Small, Sr.___
Print Name

___P.O. Box 150024___
Address

___Roxbury, MA.   02115___
City             State         Zip Code

___(617) 422-3147___
Phone Number