◈AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES OF AMERICA

V.

BILAAL MCCLOUD

FILED
IN CLERKS OFFICE

2005 JAN 21  A 9: 2⁑
U.S. DISTRICT COURT
DISTRICT OF MASS.

**APPEARANCE**

Case Number: 05-10008-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    The United States of America

I certify that I am admitted to practice in this court.

January 20, 2005
Date

Signature

Jeffrey Auerhahn
Print Name                                              Bar Number

1 Courthouse Way, Suite 9200
Address

Boston              MA         02210
City                State      Zip Code

617-748-3187
Phone Number                                            Fax Number