AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BILAAL McCLOUD
50 Maynard St., Apt. 141, Attleboro, MA, DOB:12/28/55

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10008 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Bilaal McCloud
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Felon in Possession of a Firearm and Felon in Possession of Ammunition

in violation of
Title ___18___ United States Code, Section(s) 922(g)(1)

Name of Issuing Officer: Catherine M. Gaulik

Signature of Issuing Officer: Catherine M. Gaulik

Title of Issuing Officer: Supervisor

Date and Location: 01-12-2005  Boston, Massachusetts

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI

DATE RECEIVED        NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST       1/13/05

This form was electronically produced by Elite Federal Forms, Inc.