UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10008-DPW

UNITED STATES OF AMERICA

v.

BILAAAL McCLOUD

## FURTHER ORDER ON EXCLUDABLE TIME

March 4, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 13, 2005 through January 18, 2005,

that being the period when the government's motion for detention was pending, and

February 15, 2005 through May 11, 2005,

that being the period between the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated January 18, 2005 and this order, at the time of the Final Status Conference on May 11, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge