```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
    V.                      )    Criminal No. 05-10008-DPW
                            )
BILAAL MCCLOUD              )
```

**JOINT MEMORANDUM REGARDING LOCAL RULE 116.5(C)**

In preparation for the Status Conference in this case, which is scheduled for May 11, 2005, and pursuant to this Court's Order dated March 4, 2005, the parties have conferred with respect to the items set forth in Local Rule 116.5(C)(1) through 116.5(C)(9), and submit this joint memorandum addressing the parties' positions on those issues, as set forth below:

(1) There are no outstanding discovery issues.

(2) Neither party anticipates proving additional discovery other than that identified in the initial status report concerning expert witnesses. In the initial status report, the parties stated as follows: "The Defendant requests discovery concerning expert witnesses, and the government requests reciprocal discovery. The government has already identified the ballistician who will testify as an expert in this case, and has provided a copy of the report of the ballistician who tested the ammunition that is the subject of Count Two of the indictment. The Defendant will identify any expert he intends to use, and both parties will provide reciprocal discovery concerning the qualifications of its experts no later than thirty days before trial."

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of alibi.

(5) At this time, the defendant will not be filing motions to sever, dismiss or suppress.

(6) At this time, no matters need be scheduled. (However, as stated below, the parties need additional time to try and resolve this case without a trial.)

(7) The parties have discussed the possibility of resolution of this case without trial; however, at this time, those discussions have not resulted in any agreement. The parties need additional time to further attempt to resolve this case.

(8) All time up to the date of this conference has previously been excluded by agreement of the parties and orders of this Court.

(9) The parties currently anticipate that, should a trial occur, it will take approximately three days.

                                      Respectfully submitted,

| For the Defendant | MICHAEL J. SULLIVAN |
| BILAAL MCCLOUD | United States Attorney |
| | |
| /s/ James E. Small, Jr. | By:  /s/ Jeffrey Auerhahn |
| JAMES E. SMALL, JR. Esq. | JEFFREY AUERHAHN |
| Counsel for Defendant McCloud | Assistant U.S. Attorney |
| | |
| Date:    May 9, 2005 | Date:    May 9, 2005 |