UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 05-10008-DPW |
| ) | |
| BILAAL MCCLOUD ) | |

**JOINT REQUEST TO RE-SCHEDULE FINAL STATUS CONFERENCE
AND FOR ORDER OF EXCLUDABLE DELAY**

As stated in the Joint Memorandum filed on May 9, 2005, in connection with the status hearing originally scheduled for May 11, 2005[1], the parties have discussed the possibility of resolution of this case without trial, but those discussions have not reached fruition. The parties met today, but need additional time to further attempt to resolve this case.

Therefore, the parties request that the status conference be re-scheduled for a date after June 22, 2005. The parties further request that the Court exclude the period of delay from calculation under the Speedy Trial Act.

                                      Respectfully submitted,

For the Defendant                     MICHAEL J. SULLIVAN
BILAAL MCCLOUD                        United States Attorney

 /s/ James E. Small, Jr.         By:   /s/ Jeffrey Auerhahn
JAMES E. SMALL, JR. Esq.               JEFFREY AUERHAHN
Counsel for Defendant McCloud          Assistant U.S. Attorney

Date:    May 11, 2005            Date:     May 11, 2005

---

[1] The hearing was scheduled for 2:30 PM on May 11, 2005. The parties received notice that, due to a scheduling conflict, the hearing would be re-scheduled to a new time and/or date. The government and the defendant agreed that a new date would be in the interests of the parties.