UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10008-DPW

UNITED STATES OF AMERICA

v.

BILAAAL McCLOUD

## FURTHER ORDER ON EXCLUDABLE TIME

May 12, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for May 11, 2005. The parties have jointly requested a continuance in order to continue discussions in an effort to resolve the matter short of trial.  In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 11, 2005 - June 23, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for June 23, 2005 at 3:15 p.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference**.  **In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                                                  / s / Judith Gail Dein
                                                  Judith Gail Dein
                                                  United States Magistrate Judge