```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
     V.                       )     Criminal No. 05-10008-DPW
                              )
                              )
BILAAL MCCLOUD                )
```

**JOINT MEMORANDUM REGARDING LOCAL RULE 116.5(C)**

In connection with the Final Status Conference in this case, which was scheduled for June 23, 2005, and then delayed until July 14, 2005, the parties have conferred with respect to the items set forth in Local Rule 116.5(C)(1) through 116.5(C)(9), and submit this joint memorandum addressing the parties' positions on those issues, as set forth below:

(1)  There are no outstanding discovery issues.

(2)  Neither party anticipates proving additional discovery other than that identified in the initial status report concerning expert witnesses.  In the initial status report, the parties stated as follows: "The Defendant requests discovery concerning expert witnesses, and the government requests reciprocal discovery.  The government has already identified the ballistician who will testify as an expert in this case, and has provided a copy of the report of the ballistician who tested the ammunition that is the subject of Count Two of the indictment.  The Defendant will identify any expert he intends to use, and both parties will provide reciprocal discovery concerning the

1

qualifications of its experts no later than thirty days before trial."

(3)  The defendant does not intend to raise a defense of insanity or public authority.

(4)  The government has not requested notice of alibi.

(5)  At this time, the defendant will not be filing motions to sever, dismiss or suppress.

(6)  At this time, no matters need be scheduled, and the case can be returned to the District Court.

(7)  The parties have discussed the possibility of resolution of this case without trial, and it seems likely that this matter will be resolved by a change of plea.  The parties are in the process of reaching agreement on the specific terms of an agreement.

(8)  All time up to June 23, 2005 - the date originally scheduled for this Final Status Conference, has previously been excluded by agreement of the parties and orders of this Court.  The parties agree that the period June 23 through July 14, 2005, should also be excluded, in light of the unavailability of defense counsel, which caused the delay in holding this final status conference.  The parties request an additional 30 days of excludable delay for the purpose of attempting to finalize a plea agreement.

(9)  The parties currently anticipate a plea; however,

should a trial occur, it will take approximately three days.

                                            Respectfully submitted,

| For the Defendant | MICHAEL J. SULLIVAN |
| BILAAL MCCLOUD | United States Attorney |
| | |
| /s/ James E. Small, Jr. | /s/ Jeffrey Auerhahn |
| By: JAMES E. SMALL, JR. Esq. | JEFFREY AUERHAHN |
| Counsel for Defendant McCloud | Assistant U.S. Attorney |
| | |
| Date:    July 14, 2005 | Date:    July 14, 2005 |