UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10008-DPW

UNITED STATES OF AMERICA

v.

BILAAL McCLOUD

**FINAL STATUS REPORT**

July 14, 2005

DEIN, M.J.

A final status conference was held before this court on July 14, 2005, at which

time the court was notified by defendant's counsel that the parties are in the process of

finalizing a plea agreement.  Consequently, this court enters the following report, in

accordance with Local Rule 116.5(D):

1.    The defendant intends to enter a plea, although the final agreement is not
      yet signed.

2.    Discovery is completed.

3.    There are no outstanding discovery issues.  The defendant does not
      anticipate filing any dispositive motions.

4.    Based upon the prior order of the court dated January 18, 2005, March 4,
      2005, May 12, 2005, and this date, as of July 14, 2005 there were zero
      (0) days of non-excludable time under the Speedy Trial Act and seventy
      (70) days remaining under the Speedy Trial Act in which this case must
      be tried. The court has on this date entered a further order on excludable
      time excluding the period July 14, 2005 through August 15, 2005 to give
      the parties time to finalize the plea agreement.

5.    In the event that a trial is necessary, the parties anticipate it would last
      three (3) days.

6.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


                                    / s / Judith Gail Dein
                                    Judith Gail Dein
                                    United States Magistrate Judge