UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10008-DPW

UNITED STATES OF AMERICA

v.

BILAAAL McCLOUD

## FURTHER ORDER ON EXCLUDABLE TIME

July 14, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 23, 2005 through August 15, 2005

that being the period between the expiration of the prior order on excludable time and the time the parties have requested to finalized a plea agreement.

Based upon the prior order of the court dated January 18, 2005, March 4, 2005, May 12, 2005 and this order, as of August 15, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge