UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No. 05-10008 DPW

UNITED STATES

BILAAL MCCLOUD

**DEFENSE MOTION TO CONTINUE**

Now comes defendant in the above captioned matter and respectfully moves that this Honorable Court Continue the Hearing scheduled for August 25, 2005 at 2:00 p.m. until September 15, 2005 or some other date convenient to the court.

As grounds counsel states he needs additional to me to confer with his client and there are other scheduled matters that conflict with the preparation of the instant matter.

Further, counsel has conferred with the Assistant Attorney General who has agreed to the continuance and counsel hereby waives the period of the continuance for speedy trial purposes.

Respectfully submitted,

James E. Small, Jr.
BBO 467220
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147

## CERTIFICATE OF SERVICE

I, James E. Small, Jr. hereby certify that I have mailed a copy of the foregoing on all parties of interest by mailing a copy of the same, by first class mail, postage prepaid.

        Attorney Jeffrey Auerhan
        United States Courthouse, Suite 9200
        1 Courthouse Way
        Boston, Massachusetts 02210

_____
James E. Small, Jr. Esquire

8/23/05
Date