```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )
Plaintiff,                        )
                                  ) CRIMINAL NO.
v.                                ) 05-10008-DPW
                                  )
BILAAL McCLOUD                    )
Defendant.                        )
```

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **10:00 A.M. ON OCTOBER 4, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

    The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

```
                                      BY THE COURT,
                                      /s/ Michelle Rynne
 DATE: October 3, 2005                Deputy Clerk
```