United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2005 NOV 30 P 1: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America    )
                            )
v                           )
                            )    Criminal No: 05-10008 DPW
                            )
Bilaal McCloud,             )
                            )
_____Defendant_____)

Defense Pro Se Motion to Modify Conditions of Release

    Now comes the defendant in the above captioned matter and respectfully moves this honorable court to modify the defendant's conditions of release pertaining to travel and its restrictions to the District of Massachusetts to allow said defendant permission to travel domestically in the United States of America.
    Defendant contends that the majority of his family members live outside of the District of Massachusetts (New Jersey, New York, Georgia, Florida and California) and requests permission to visit while awaiting further disposition of this case. Defendant also contends that on occasion, his employment requires his travel outside the District of Massachusetts.
    In support, defendant agrees to request permission in advance of any proposed travel, to the Pre Trial Services or United States Probation or any other supervising authority and will stay within the District of Massachusetts until granted such permission. With that request will be the submission of an itinerary listing housing, contact number, mode of travel, periodic check in via phone and any other form of monitoring that the court deems right and just.
    Further, defendant has conferred with the United States Attorney, who has agreed with defendants request for domestic travel.

Respectfully submitted,

Bilaal McCloud
50 Maynard St #141
Attleboro, MA 02703
617 470 4470

CERTIFICATE OF SERVICE

I, Bilaal McCloud, hereby certify that I have hand delivered a copy of the foregoing to all parties of interest.

Attorney Jefferey Auerhan
United States Courthouse, Suite 9200
1 Courthouse way
Boston, Massachusetts 02210

_____
Bilaal McCloud

11/30/05
Date