UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No. 05-10008 DPW

FILED
IN CLERKS OFFICE
2005 DEC 14  P 1: 1
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES

BILAAL MCCLOUD

**DEFENSE MOTION TO CONTINUE**

Now comes defendant in the above captioned matter and respectfully moves that this Honorable Court continue the hearing scheduled for January 10, 2006 at 3:00 p.m. until April 11, 2006 or some other date convenient to the court.

As grounds, counsel states he needs additional time to confer with his client with respect to the pre-sentence report and to prepare and submit comments.

Further, counsel has consulted with the Assistant United States Attorney who has agreed to the continuance.

Defendant hereby waives the period of the continuance for speedy trial purposes.

Respectfully submitted,

James E. Small, Jr.
BBO 467220
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147

## CERTIFICATE OF SERVICE

I, James E. Small, Jr. hereby certify that I have mailed a copy of the foregoing on all parties of interest by mailing a copy of the same, by first class mail, postage prepaid.

Attorney Jeffrey Auerhan
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

_____
James E. Small, Jr. Esquire

December 14, 2005

## CERTIFICATE OF SERVICE

I, James E. Small, Jr. hereby certify that I have mailed a copy of the foregoing on all parties of interest by mailing a copy of the same, by first class mail, postage prepaid.

Attorney Jeffrey Auerhan
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

_____
James E. Small, Jr. Esquire

December 14, 2005