United States of America

v

Bilaal A. McCloud

November 1, 2006



## Motion to Modify Terms of Pre-Trial Release

Now comes the defendant in the above captioned action, moving this honorable court (pro-se) for permission to change address. The defendant intends to continually reside in the greater Metropolitan Boston area and to report to Pre-Trial services as outlined in the original terms of release. In addition, the defendant will continue any agreed upon cooperation according to the plea agreement entered

Bilaal A. McCloud, pro-se

Cc: Asst. United States Attorney
    Jeffrey Auerhahn