United States of America



docket # 05-CR-10008-DPW

v

2007 JAN 24  ⊃ 12: 26

Bilaal A. McCloud

U. DISTRICT COURT
DISTRICT OF MASS

January 23, 2007

### Motion to Modify Terms of Pre-Trial Release

Now comes the defendant in the above captioned action, moving this honorable court (pro-se) for permission to change address. The defendant intends to continually reside in the greater Metropolitan Boston area at 24 Winthrop St. #4 and to report to Pre-Trial services as outlined in the original terms of release. The US Attorney's office is in full knowledge of this and has no opposition to it.

Bilaal A. McCloud, pro-se

Cc: Asst. United States Attorney
    Jeffrey Auerhahn