UNITED STATES OF AMERICA                        Docket no. 05-CR-10008 DPW

v

Bilaal A. McCloud

FILED
IN CLERKS OFFICE

2007 AUG -3  P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

August 3, 2007

## MOTION TO MODIFY TERMS OF RELEASE

Now comes the defendant in the above captioned action, who moves this honorable court with a pro-se motion. The defendant is asking that the he be allowed to take possession of his passport and to travel internationally in order to perform religious rites. The defendant will continue with all other terms of release.

Bilaal A. McCloud, pro-se
24 Winthrop St #4
Roxbury, Ma 02118
617 427 5212