UNITES STATES OF AMERICA                    Docket # CR-10008-DPW

v

Bilaal A. McCloud

August 7, 2007

## MOTION TO MODIFY TERMS OF RELEASE

Now comes the defendant in the above captioned action, who moves in a pro-se motion that this honorable court and the Honorable Judge Woodlock to consider this as a supplement to the previously submitted motion requesting release of passport and permission to travel internationally for the performance of religious rituals.

In this supplemental motion, the defendant details that he will travel via Emirates Air from New York to Jeddah, Saudi Arabia on August 15th 2007, arriving on August 16th 2007 and travel by bus to the city of Madina, Saudi Arabia on August 16th 2007. While in Madina, defendant will visit the Prophet's Mosque (5 times daily) Defendant will stay at the Movenpick Hotel Madina until August 21st 2007 when he will depart by bus to Mecca, Saudi Arabia. While in Mecca, Saudi Arabia the defendant will perform the sacred rites of Umrah (pilgrimage) and visit the Grand Mosque in Mecca five (5 times daily) as required by his Islamic faith. While in Mecca, Saudi Arabia defendant will stay at the Ajyad Mecca Hotel. Defendant will depart Mecca on August 26th 2007 via Emirates Air, returning to the United States on August 27th 2007.

Bilaal A. McCloud, pro-se
24 Winthrop St. #4
Roxbury, Ma 02118
617 427-5212