Honorable Judge Douglas P. Woodlock
United States District Court
District of Massachusetts
Boston, Massachusetts
Attn: Clerk of Courts

Bilaal A. McCloud
24 Winthrop St. #4
Roxbury, MA 02118
617 427 5212

August 30, 2007

Re: <u>Travel Itinerary</u>

Honorable Judge Woodlock,

I would like to thank you for granting my motion permitting me to travel internationally. However, since filing the motion and receiving the news of that permission, the dates that I submitted to your office for travel have passed. I have been trying to obtain a visa from the Saudi Arabian embassy, but due to the fact that the sacred month of fasting (Ramadhan) and the major religious pilgrimage of Hajj are about to commence, it has been difficult to confirm my date for travel. The Saudi consulate has closed their office to visa applicants for the Umrah until after the Hajj and I felt it was important to notify you of my varying from the original itinerary. The office of Pre-Trial Services and the Government are aware of these changes.

Bilaal A. McCloud